AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-1205

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Officer Rogalski__

was received by me on *(date)* __3/29/23__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Milagros Colon__, who is designated by law to accept service of process on behalf of *(name of organization)* __City Law Dept__ on *(date)* __3/29/23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ __0__ for travel and $ __0__ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __4/3/23__

Server's signature

__Attorney__
Printed name and title

Cornerstone Legal Group, LLC
D. Wesley Cornish, Esquire
230 South Broad Street, 17th Floor
Philadelphia, PA 19102

Additional information regarding attempted service, etc: