IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HECTOR ALICEA, III | : | CIVIL ACTION |
| | : | |
| v. | : | NO.  23-1205 |
| | : | |
| POLICE OFFICER ROGALSKI | : | |

# ORDER

AND NOW, this 1st day of November 2023, following our case management videoconference held with counsel today, it is **ORDERED**:

1. Counsel shall follow Judge Murphy's Policies and Procedures which can be found at www.paed.uscourts.gov.  As discussed at today's conference, counsel are encouraged to discuss and propose any particular trial procedure that they believe suits the needs of the case.

2. Motions *in limine*, *Daubert* motions, and any other pretrial motions are due no later than **January 11, 2024**.

3. No later than **January 18, 2024**, the parties shall file an integrated pretrial memorandum compliant with our Policies (¶ 12).

4. No later than **January 25, 2024**, the parties shall file jury instructions and verdict sheets compliant with our Policies (¶ 14).

5. A final pretrial conference will be held on **February 1, 2024** at **12:00P.M.** in Courtroom 3B.

6. Counsel is attached for jury selection followed by a three-day trial beginning on **February 5, 2024** at **9:00A.M.** in Courtroom 3B.

_____
MURPHY, J.